*Bayard M. Graf,* with him *J. Willison Smith, Jr.,* and *Arthur W. Bean,* for appellants.

*Fred C. Aldridge, Jr.,* with him *Stradley, Ronon, Stevens & Young,* for appellee.

OPINION PER CURIAM, September 29, 1965: Order affirmed.

## McLaughlin *v.* Osser, Appellant.

Argued October 12, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Marvin Comisky,* with him *Goncer M. Krestal,* and *Blank, Rudenko, Klaus & Rome,* for appellants.

*Edward R. Becker,* with him *Peter O. Clause, Ellis A. Horwitz* and *William A. Meehan,* for appellee.

Opinion Per Curiam, October 18, 1965:
Decree affirmed, each party to pay own costs.
Mr. Justice Musmanno dissents.

## Cavalcante, Appellant, v. Fayette County Board of Elections.

Argued October 12, 1965.   Before Bell, C. J., Musmanno, Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

*Anthony Cavalcante,* for appellant.

*Joseph P. Matuschak,* with him *Thomas A. Waggoner* and *Philip O. Carr,* for appellees.

Opinion Per Curiam, October 18, 1965:
Decree affirmed, each party to pay own costs.
Mr. Justice Musmanno dissents.

## Horvitz, Appellant, v. Lowenthal.

Argued October 5, 1965.   Before Bell, C. J., Musmanno, Jones, Cohen, Eagen and O'Brien, JJ.